```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**NORMAN JENKINS,**

                Plaintiff,

    - against -

**CITY OF NEW YORK, ET AL.,**

                Defendants.

─────────────────────────────────────

21-cv-3722 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The parties are directed to file a status report by **February 25, 2022.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **December 17, 2021**

                                        /s/ John G. Koeltl
                                        **John G. Koeltl
                            United States District Judge**