UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN JENKINS,                                   21-cv-3722 (JGK)

            Plaintiff,                  ORDER

  - against -

CITY OF NEW YORK, ET AL.,

            Defendants.

**JOHN G. KOELTL, District Judge:**

    This case has been selected for mediation. The parties should report to the Court within seven days after the conclusion of mediation regarding the status of the case.

    The conference scheduled for February 11, 2022, is canceled.

**SO ORDERED.**

Dated:    New York, New York
          February 4, 2022

                                        John G. Koeltl
                                **United States District Judge**