UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NORMAN JENKINS,
                      Plaintiff,

        -against-

CITY OF NEW YORK, et al.,
                      Defendants.
-------------------------------------------------------------X

21 civ 3722 (JGK)

## ORDER

A conference in this matter is scheduled for **Tuesday, May 24, 2022, at 2:30pm.** Dial-in: **888 363-4749. Access code: 8140049.**

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 16, 2022