UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NORMAN JENKINS,

                        Plaintiff,                      **21-CV-3722 (JGK) (VF)**

       -against-                      **ORDER SCHEDULING
                                                              CONFERENCE**

CITY OF NEW YORK, BRANDON GEMBECKI,
JORGE MONGE, JOHN DOE NUMBERS 1-10,
and JANE DOES NUMBERS 1-20,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic conference in this matter is hereby scheduled for **Tuesday, January 17, 2023, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      Defense counsel is directed to inform Plaintiff of the date and time of the conference, as well as the dial-in number.

                      **SO ORDERED.**

DATED:    New York, New York
                January 5, 2023

                                                           _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge