

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

> **SO ORDERED**
>
> /s/ Valerie Figueredo
> **VALERIE FIGUEREDO**
> United States Magistrate Judge
> Dated: 1-13-2023
>
> The status conference is rescheduled to February 9, 2023 at 10:00 a.m. Parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code [9781335]. Plaintiff has consented to electronic service via ECF; however, defense counsel is directed to confirm that Plaintiff received the updated date and time of the conference.

January 11, 2023

**BY ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Norman Jenkins v. City of New York, et al.,
      21-CV- 03722 (JGK)(VF)

Your Honor:

  I am the Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Gembecki and Monge in the above-referenced matter. Defendants write to respectfully request an adjournment of the January 17, 2023 status conference in this matter. (See Civil Dkt. No. 41, Court Order entered on January 5, 2023). This is the first request for an adjournment of this conference. The parties have conferred and plaintiff Jenkins consents to the aforementioned request.

  An adjournment is required due to the undersigned's participation as trial counsel in the case Mosby v. City of New York, et al., 20 CV 1485 (SHS)(SDNY), which is scheduled to commence on January 17, 2023, and is anticipated to last four business days. Thus, defendants respectfully request that the status conference, currently scheduled for January 17, 2023, be adjourned to the following week after the completion of the Mosby trial, should that be convenient for the Court. For scheduling purposes, the undersigned will also not be available in the afternoon of January 26, 2023 due to participation in a court conference for a separate matter.

Thank you for your consideration herein.

                                                       Respectfully submitted,

                                                       *Morgan C. McKinney*
                                                       Morgan C. McKinney, Esq.
                                                       Senior Counsel
                                                       Special Federal Litigation Division

cc:       <u>VIA FIRST CLASS MAIL</u>
           Norman Jenkins
           *Pro Se Plaintiff*
           137 West 138 Street, Apt. 1A
           New York, NY 10030