UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMAN JENKINS,

                            Plaintiff,

            -against-

CITY OF NEW YORK, BRANDON GEMBECKI,
JORGE MONGE, JOHN DOE NUMBERS 1-10,
and JANE DOES NUMBERS 1-20,

                          Defendants.
------------------------------------------------------------------X

**21-CV-3722 (JGK) (VF)**

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to submit a joint letter to the Court by **March 27, 2023**, updating the Court on the status of discovery, including what discovery has occurred in the previous month and what discovery is upcoming for the next month.

        **SO ORDERED.**

DATED:    New York, New York
               February 9, 2023

                                                   _____
                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge