UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMAN JENKINS,

                          Plaintiff,                      **21-CV-3722 (JGK) (VF)**

            -against-                              **ORDER**

CITY OF NEW YORK, BRANDON GEMBECKI,
JORGE MONGE, JOHN DOE NUMBERS 1-10,
and JANE DOES NUMBERS 1-20,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated at the conference on September 21, 2023, Defendants' Motion to Compel at ECF No. 54 is **GRANTED.** Plaintiff is directed to submit to Defendant the City of New York (the "City") an executed HIPAA release by no later than **September 27, 2023.** Plaintiff is also directed to reply to the City's discovery requests (served following his deposition on May 23, 2023) by no later than **October 20, 2023.** The deadline for fact discovery in this matter is extended to October 31, 2023.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 54 and 57.

      **SO ORDERED.**

DATED:    New York, New York
                September 21, 2023

                                                        _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge