UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORMAN JENKINS,

              Plaintiff,   21-CV-3722 (JGK) (VF)

-against-   **ORDER**

CITY OF NEW YORK, et al,

              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The conference in this matter scheduled for Wednesday, March 6, 2024, **is rescheduled for Tuesday, March 12, 2024, at 2:00 p.m.** The parties are directed to appear at the newly scheduled time in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED:   New York, New York
          February 28, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge