UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMAN JENKINS,

                     Plaintiff,                              21-CV-3722 (JGK) (VF)

        -against-                                       **ORDER**

CITY OF NEW YORK, et al,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on May 23, 2024, Mr. Jenkins is to provide Defendants with the name and address of the following individuals by no later than **August 21, 2024**:

- The medical provider who performed the knee surgery;
- The medical provider discussed at the deposition who served as a therapist (Amber); and
- The medical provider who gave the PTSD diagnosis.

Once Mr. Jenkins provides this information, Defendants will send Mr. Jenkins HIPAA releases for those individuals and a HIPAA release for Brookdale Hospital.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 65.

**SO ORDERED.**

DATED:    New York, New York
                May 23, 2024

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge