UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMAN JENKINS,

                Plaintiff,                      **21-CV-3722 (JGK) (VF)**

      -against-                         **ORDER**

CITY OF NEW YORK, et al,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter to address the issues raised in Defendants' letter at ECF No. 81 is hereby scheduled for **Thursday, September 19, 2024, at 10:00 a.m.** Plaintiff and counsel for the Defendants are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:    New York, New York
              August 26, 2024

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge