**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NORMAN JENKINS,

                                Plaintiff,                    **21-CV-3722 (JGK) (VF)**

       -against-                                  **ORDER**

CITY OF NEW YORK, et al.,

                               Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

     As discussed at the conference on February 20, 2025, the parties are directed to make the productions described at the conference and file a joint status update on discovery by **March 31, 2025.**

     **SO ORDERED.**

DATED:    New York, New York
               February 20, 2025

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge