UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMAN JENKINS,

                              Plaintiff,                    **21-CV-3722 (JGK) (VF)**

            -against-                                  **ORDER**

CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

     As discussed at the conference on May 8, 2025, Defendants will confirm if the Office of the New York City Comptroller has any documents relevant to why Plaintiff's claims were closed or denied. Defendants are directed to provide the Court with an update by **May 30, 2025**.

     Additionally, Plaintiff has until **September 8, 2025**, to file a motion for leave to amend his complaint. Defendants will have **until October 8, 2025**, to respond. Plaintiff's reply, if any, will be due by **November 10, 2025**.

     The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 92.

     **SO ORDERED.**

DATED:     New York, New York
               May 8, 2025

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge