UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMAN JENKINS,

                                Plaintiff,                            **21-CV-3722 (JGK) (VF)**

               -against-                                **ORDER**

CITY OF NEW YORK, et al.,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      In their letter filed May 30, 2025, Defendants indicate they plan to move for partial summary judgment on the claims that Plaintiff intends to amend. ECF No. 95. As stated at the conference on May 8, 2025, however, the Court granted Plaintiff until **September 8, 2025**, to file a motion for leave to amend his complaint. ECF No. 93.

      Defendants represent that the Comptroller's Office has confirmed there are no non-privileged or non-work product documents that exist that are relevant to why Plaintiff's claims were closed or denied. ECF No. 95 at 2. The deadline for the close of fact discovery is **Monday, June 30, 2025.**

      Lastly, Plaintiff has sent a series of e-mails to the Court and Defendants regarding this case. Plaintiff is reminded that he may communicate with the Court only by filing letters on the docket and should not send communications to the Court through e-mail.

      **SO ORDERED.**

DATED:     New York, New York
                June 3, 2025

                                                                    _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge