**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NORMAN JENKINS,

                         Plaintiff,                **21-CV-3722 (JGK) (VF)**

          -against-                  **<u>ORDER</u>**

CITY OF NEW YORK, et al.,

                       Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

       Plaintiff was given until **<u>September 8, 2025</u>** to file an amended complaint. <u>See</u> ECF No. 96. That date has passed and Plaintiff did not file an amended complaint. Defendants previously indicated that they wished to move for partial summary judgment. ECF Nos. 95, 96. Defendants are directed to submit a letter by **<u>September 30, 2025</u>**, explaining what their anticipated motion for partial summary judgment will cover and providing a proposed briefing schedule for that motion.

       **SO ORDERED.**

DATED:    New York, New York
             September 17, 2025

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge