UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NORMAN JENKINS,

                             Plaintiff,                         21-CV-3722 (JGK) (VF)

          -against-                                      **ORDER**

CITY OF NEW YORK, et al.,

                            Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On October 29, 2025, Defendants filed a letter seeking an extension of time to file a motion for summary judgment. See ECF No. 100. It is Defendants' first request for an extension of time. On October 30, 2025, Plaintiff opposed that request. See ECF No. 101. In his letter, Plaintiff argued that the extension request should be denied because the Court had set a "firm an unyielding deadline" for Plaintiff to file an amended complaint. The Court held a conference with the parties on May 8, 2025. During that conference, Plaintiff indicated that he may want to file an amended complaint. The Court subsequently issued an order indicating that Plaintiff had until September 8, 2025, to file a motion for leave to amend. See ECF No. 96. Plaintiff did not file a motion by September 8, and nor did Plaintiff seek an extension of time to do so. Consequently, because Defendants had previously raised their intent to file a motion for summary judgment, the Court directed Defendants to submit a proposed briefing schedule. ECF No. 97. Plaintiff, however, never sought an extension of time to file a motion for leave to amend. The deadline of September 8 passed without any indication from Plaintiff that he needed more time to file a motion. Plaintiff thus cannot now complain that he was not afforded the same consideration as given to Defendants' counsel in extending a deadline. The Defendants' letter motion for an extension of time is **GRANTED**. The deadline for Defendants to file their opening

brief in support of their motion is **November 24, 2025**. Plaintiff's opposition to the motion is due by **January 30, 2026**. Any reply from Defendants is due by **February 13, 2026**. If Plaintiff requires more time to file an opposition, Plaintiff should submit a letter to the Court asking for the additional time.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 100.

**SO ORDERED.**

DATED:   New York, New York
         October 31, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge