**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NORMAN JENKINS,

                      Plaintiff,                    **21-CV-3722 (JGK) (VF)**

        -against-                                **ORDER**

CITY OF NEW YORK, et al.,

                     Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

On March 10, 2026, Plaintiff e-mailed several documents and a video to the Court that appear to be Plaintiff's opposition to Defendants' motion for summary judgment. Plaintiff is hereby directed to file his opposition to Defendants' motion for summary judgment on the docket on or by **March 31, 2026**.

       **SO ORDERED.**

DATED:     New York, New York
             March 17, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge