**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NORMAN JENKINS,**

**Plaintiff,**

**- against -**

**CITY OF NEW YORK, ET AL.,**

**Defendants.**

**21-cv-3722 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

This case was previously stayed pending the conclusion of an investigation by the Civilian Complaint Review Board. See ECF No. 25. That investigation has concluded, see ECF No. 27–28.

The Clerk is therefore requested to lift the stay in this case.

The Clerk is also requested to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 1, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**